## 5423. JONES v. CITY OF ATLANTA.

RUSSELL, C. J. Under the decision of the Supreme Court in the case of *Loeb* v. *Jennings*, 133 *Ga.* 796, and cases therein cited, it was within the discretion of the recorder's court of the City of Atlanta to impose a sentence of not exceeding thirty days upon the public works of the city without allowing the accused the privilege of paying a fine; and the

judge of the superior court did not err in refusing to sanction a petition for certiorari, raising only the point that the sentence of the recorder, by reason of not allowing that privilege, was unauthorized by law and void.                    *Judgment affirmed. Roan, J., absent.*
DECIDED MARCH 26, 1914.

Certiorari; from Fulton superior court—Judge Pendleton. November 28, 1913.

*John A. Boykin,* for plaintiff in error.
*J. L. Mayson, W. D. Ellis Jr.,* contra.